IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

        Plaintiff,

  v.

UNITED STATES OF AMERICA,

        Defendant.
                                      /

No. C 12-03140 JSW

**ORDER OF DISMISSAL**

      On August 2, 2012, the Court issued an Order denying Plaintiff's motion to proceed *in forma pauperis* without prejudice and dismissing his complaint with leave to amend. The Court granted Plaintiff until August 31, 2012 to file an amended complaint, and stated that "[f]ailure to file a cognizable legal claim by [that] date shall result in dismissal of this action with prejudice." (Docket No. 8 at 2:22-23.) Plaintiff did not file an amended complaint by that date.

      Rather, on or about November 26, 2012, Plaintiff submitted a letter in which he requested that the complaint in this case, an in another matter (12-CV-2728), be returned to him "to be made legible." (Docket No. 9.)

      The Court dismissed Plaintiff's complaint in this case not because it was difficult to read, but because the Court could not discern the essential factual details of the events giving rise to a claim, and, thus it was not clear what claim Plaintiff asserted against the Government. The Court gave Plaintiff an opportunity to amend, and advised him that failure to file an amended complaint by that date would result in dismissal.

Plaintiff failed to avail himself of that opportunity. Accordingly, the Court HEREBY DISMISSES this case WITH PREJUDICE. The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: August 13, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV12-03140 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 13, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hurt
422 Chesapeake Street, SE
#33
Washington, DC 20032-3637

Dated: August 13, 2013

Richard W. Wieking, Clerk
　By: Jennifer Ottolini, Deputy Clerk